*E-FILED - 7/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO JUAREZ, | ) | No. C 05-0019 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| DIRECTOR OF CORRECTIONS, | ) | |
| Respondent. | ) | |

The court has granted respondent's motion to dismiss this habeas action. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __7/7/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.05\juarez019jud            1