*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO JUAREZ, | No. C 05-0019 RMW (PR) |
| Petitioner, | ORDER DENYING MOTION TO DISMISS ON DOUBLE JEOPARDY GROUNDS |
| vs. | |
| | (Docket No. 49) |
| DIRECTOR OF CORRECTIONS, | |
| Respondent. | |

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition has been dismissed as untimely. Petitioner has filed, for the third time, a motion "to dismiss on double jeopardy grounds." This motion is duplicative of his prior motions, and does not raise any basis for reconsideration of the dismissal of the petition on untimeliness grounds. Accordingly, the "motion for dismissal on double jeopardy grounds" (docket no. 49) is DENIED.

IT IS SO ORDERED.

DATED: 9/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge