1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*E-FILED - 4/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,                          )          No. C 05-0019 RMW (PR)
                                          )
                    Petitioner,           )          ORDER DENYING PETITION FOR
                                          )          REHEARING
                                          )
     vs.                                  )
                                          )          (Docket No. 53)
                                          )
DIRECTOR OF CORRECTIONS,                  )
                                          )
                    Respondent.           )
_____  )

  Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254.  The petition was dismissed as untimely and the

case closed on July 11, 2008.  Petitioner filed three motions "to dismiss on double jeopardy

grounds," all of which were denied because they were duplicative and did not raise any basis for

reconsideration of the dismissal of his original petition on untimeliness grounds.

  On March 9, 2009, petitioner filed a "petition for rehearing" on the denial of his "motion

to dismiss on double jeopardy grounds" but does not submit any coherent argument in support of

such a motion.  Accordingly, the "petition for rehearing" (docket no. 53) is DENIED.

  IT IS SO ORDERED.

DATED: __4/14/09____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Denying Petition for Rehearing
P:\PRO-SE\SJ.Rmw\HC.05\Juarez019denrehearing.wpd